# IN THE UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 15-30780 |
| Kara Henderson } | |
| } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

## OBJECTION TO TRUSTEE'S MOTION TO DISMISS

COMES now the debtor(s) and objects to the Trustee's Motion to Dismiss based upon the following:

1. The debtor(s) filed this case on March 27, 2015.

2. Since the filing of the Chapter 13 case, the debtor(s) became behind in payments to the Trustee.

3. We have been unable to reach the debtor(s) and would like to request additional time to do so.

Wherefore, premises considered, the debtor(s) object to the case being dismissed

Respectfully submitted this the 28 day of July, 2017.

/s/ Richard D. Shinbaum
ASB-8638-B54R
*Richard D. Shinbaum*

*Attorney for Debtor*:
Richard D. Shinbaum ASB-8638-B54R
Shinbaum Law Firm
566 South Perry Street
P O Box 201
Montgomery, AL 36101
334-269-4440- Selma 334-872-4545

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing motion on all parties listed below by CM/ECF on this day 28 day of July, 2017.

Chapter 13 Trustee, Sabrina McKinney
Bankruptcy Administrator, Teresa Jacobs

ASB-8638-B54R

/s/ Richard D. Shinbaum

*Richard D. Shinbaum*