UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                                                    Case No. 15−30780
                                                                                         Chapter 13
Kara Henderson,

    Debtor.

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104

on August 14, 2017 at 10:00 AM

to consider and act upon the following:

*30* − Trustee's Motion to Dismiss Case for Failure to Make Plan Payments . Responses due by 07/31/2017. (McKinney, Sabrina)

*31* − Objection to Trustee's Motion to Dismiss Case filed by Richard D. Shinbaum on behalf of Kara Henderson (RE: related document(s)30 Trustee's Motion to Dismiss Case). (Shinbaum, Richard)

Dated July 28, 2017

                                                                  Juan−Carlos Guerrero
                                                                  Clerk of Court

```
                          United States Bankruptcy Court
                            Middle District of Alabama
In re:                                                            Case No. 15-30780-DHW
Kara Henderson                                                    Chapter 13
         Debtor                   CERTIFICATE OF NOTICE
```

District/off: 1127-2         User: jmclain            Page 1 of 1            Date Rcvd: Jul 28, 2017
                             Form ID: ntchrgBK        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 30, 2017.
db             #+Kara Henderson,    3268 Raintree Dr,    Montgomery, AL 36116-3314

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2017                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 28, 2017 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Leonard N. Math    on behalf of Creditor    GUARDIAN CREDIT UNION SUCCESSOR BY MERGER COMALA C.U.
               noticesmd@chambless-math.com
              Richard D. Shinbaum    on behalf of Debtor Kara  Henderson rshinbaum@smclegal.com,
               scarter@smclegal.com;cthornton@smclegal.com
              Sabrina L. McKinney    trustees_office@ch13mdal.com
                                                                                             TOTAL: 4