**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

IN RE:                                                              CASE NO. 15-30780-DHW
                                                                                 CHAPTER 13

**KARA HENDERSON**

Debtor(s)

## TRUSTEE'S STATUS REPORT IN SUPPORT
## OF TRUSTEE'S MOTION TO DISMISS

      **COMES NOW**, the Trustee, and files the following report with respect to the status of this case in support of the Trustee's Motion to Dismiss:

1. This case was filed on March 27, 2015 and confirmed on June 08, 2015.

2. Debtor's current plan payments are $52.00 weekly, and the overall pay record is 67.01% .

3. Debtor(s) total amount of delinquency is $2,230.00.

4. The estimated balance is $6,473.50. This figure is subject to the final audit and applicable commitment period requirement.

5. No prior Motions to Dismiss have been filed in this case.

6. This is the only Motion to Dismiss filed in the past 12 months.

7. No motions for relief have been filed in this case.

8. The last payments received by the Trustee from the debtor were received on:

| Amount | Date | Ref | Amount | Date | Ref |
|---|---|---|---|---|---|
| $104.00 | 12/28/2016 | 0088 | $104.00 | 01/10/2017 | 0092 |
| $104.00 | 01/24/2017 | 0096 | ($104.00) | 01/26/2017 | 0096 |
| $104.00 | 02/08/2017 | 0098 | $104.00 | 02/23/2017 | 0101 |
| $104.00 | 03/08/2017 | 0105 | $104.00 | 03/21/2017 | 0108 |
| $104.00 | 08/18/2017 | 4937 | $52.00 | 08/30/2017 | 8171 |
| $52.00 | 09/06/2017 | 1193 | $52.00 | 10/06/2017 | 5585 |

9. The case is feasible.

10. There is not a working Income Withholding Order in this case.

Respectfully submitted on October 18, 2017.

                                                   Sabrina L. McKinney
                                                   Chapter 13 Standing Trustee

                                        By:    */s/ Sabrina L. McKinney*
                                                   Sabrina L. McKinney
                                                   Chapter 13 Standing Trustee

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: 13Trustee@ch13mdal.com

## **CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a copy of the foregoing document, has been served on the debtor(s) via United States Mail, postage prepaid, and the Debtor's attorney via CM/ECF on October 18,

                                        By:    */s/ Sabrina L. McKinney*
                                                   Sabrina L. McKinney
                                                   Chapter 13 Standing Trustee