**STEPHEN BULGARELLA**

205-918-5083

*sbulgarella@sirote.com*

# SIROTE
## &
# PERMUTT
### A PROFESSIONAL CORPORATION

October 23, 2017

Richard D. Shinbaum
Shinbaum & Campbell
P.O. Box 201
Montgomery, AL 36101

Lutisher W Torrey
3328 Crosscreek Drive
Montgomery, AL 36116

Sabrina L. McKinney
P.O. Box 173
Montgomery, AL 36101

Re:    Freedom Mortgage Corporation
       Loan Number: xxxxxx2799
       Case Number: 16-32849-DHW

## <u>NOTICE OF TERMINATION OF AUTOMATIC STAY<br>BY FREEDOM MORTGAGE CORPORATION</u>

A Motion for Relief filed on behalf of Freedom Mortgage Corporation resulted in an Order issued by the Bankruptcy Court entered 03/23/2017.

A Notice of Default under the terms of the Order was issued on <u>09/08/2017</u>.  The Notice of Default was not timely cured.

Therefore, pursuant to the terms of the Bankruptcy Court's Order, Freedom Mortgage Corporation considers the automatic stay concerning the above-described collateral to have been terminated due to the Debtors non-compliance.

Please be advised that Freedom Mortgage Corporation believes that termination of the automatic stay permits it to exercise its contractual and statutory rights concerning the collateral, including, but not limited to, the initiation of foreclosure proceedings of the above-referenced collateral.

Richard D. Shinbaum
Lutisher W Torrey
Sabrina L. McKinney

October 23, 2017
Page 2

Should you have any questions, please do not hesitate to contact us.

Sincerely,

**Stephen Bulgarella**
**Enslen Crowe**
FOR THE FIRM

SB/th

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**